FORM L99 Order to Show Cause Re Dismissal of Case or Imposition of Sanctions Combined with Notice Thereof (v.10.14)

23–11046 – B – 13

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

Robert E. Coyle United States Courthouse
2500 Tulare Street, Suite 2501
Fresno, CA 93721–1318
(559) 499–5800
M–F 9:00 AM – 4:00 PM
www.caeb.uscourts.gov



## ORDER TO SHOW CAUSE RE DISMISSAL OF CASE OR IMPOSITION OF SANCTIONS COMBINED WITH NOTICE THEREOF

**Case Number:** 23–11046 – B – 13

**Debtor Name(s) and Address(es):**

Katherine J Sconiers Stanphill
1101 N. Conyer Street
Visalia, CA 93291

The Court docket and file in the above case indicate that the Court entered an Order granting leave to pay the filing and administrative fees prescribed by 28 U.S.C. § 1930 in installments, and fixing the number, amount and dates of payment. The document number and docket text for the order is set forth below.

**[9] – Order granting 4 Motion/Application to Pay Filing Fees in Installments Next Installment Payment in the amount of $79 due by 6/16/2023. Second Installment Payment in the amount of $78 due by 7/17/2023. Third Installment Payment in the amount of $78 due by 8/15/2023. Final Installment Payment in the amount of $78 due by 9/14/2023. (pdes)**

*The debtor(s) have failed to pay one or more installment(s) according to the schedule specified in that Order. The amount of $79.00, due on 6/16/23, has not been paid.*

**THEREFORE, IT IS ORDERED** that the debtor, and if represented, the debtor's counsel appear before the Court on the following date, time and place:

**DATE & TIME:** 7/12/23 at 09:30 AM
**PLACE:** U.S. Bankruptcy Court
Courtroom 13, 5th Floor, Robert E. Coyle United States Courthouse, 2500 Tulare Street, Fresno, CA

and show cause why this case should not be dismissed, sanctions imposed on the debtor and/or debtor's attorney, or other appropriate relief ordered for such failure to make the installment payment(s) listed above or any subsequent installment payment which may have come due and remains unpaid at the time of the hearing.

APPEARANCE AT THIS HEARING MAY BE NECESSARY. IF YOU HAVE PAID THIS FILING FEE BEFORE THE HEARING DATE, CHECK THE COURT'S PRE–HEARING DISPOSITIONS PAGE ON THE WEB SITE, AS THE MATTER MAY BE REMOVED FROM THE COURT'S CALENDAR.

Dated:
6/21/23

For the Court,
Wayne Blackwelder , Clerk