# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In Re:  ) Case No.: 23-11046
Katherine J Sconiers Stanphill  )
　　　　　　　　　　　　　　　　)
_____  )

## CHANGE OF NAME AND/OR ADDRESS

Please submit one form for each party to the case whose name or address is being changed.

**Please select all that apply.**

**Changes to Debtor's Name and/or Address:**
- ☐ Change of name for debtor or joint debtor
- ☐ Change of address for debtor or joint debtor
- ☐ Change of address for debtors in a case

**Changes to Creditor's Name and/or Address:**
- ☐ Change of name for creditor
- ☑ Change of noticing or mailing address for a creditor
- ☐ Change of payment address for creditor

**OLD ADDRESS:**
Name: Kenneth L H Sconiers
Mailing Address: 100 Alpha Drive
Address Line 2:
City, State, Zip: WA 98636
Phone Number:

**NEW ADDRESS:**
Name: Kenneth L H Sconiers
Mailing Address: 100 Alpha Drive
Address Line 2:
City, State, Zip: Monitor, WA 98636
Phone Number:

☐ Check here if you are a Debtor or Joint Debtor and you receive court orders and notices by e-mail through the Debtor Electronic Bankruptcy Noticing Program (DeBN) rather than by U.S. Mail to your mailing address. Please provide your DeBN account number(s) below. You can find your DeBN account number(s) in the subject title of all e-mailed court orders and notices. To change your e-mail address(es) for the DeBN program, use EDC Form 3-321 (Debtor's Electronic Noticing Request), select Update to Account Information, and include your new e-mail address at the bottom of the form.

Debtor's DeBN Account No.: _____  Joint Debtor's DeBN Account No.: _____

Dated: 6/26/23　　　　Name: Stephen L. Labiak
　　　　　　　　　　　 Signature: _(signed)_
　　　　　　　　　　　 Title: Attorney for Debtor

EDC 2-085 (Rev. 10/19)